29 A.3d 760

Jerome DERNS, Petitioner

v.

PHILADELPHIA COUNTY COURT OF COMMON PLEAS, Respondent.

No. 24 EM 2011.

Supreme Court of Pennsylvania.

Sept. 26, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of September, 2011, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**